UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

William Lee
12000 Trim Lane
Bowie, Maryland 20715

    Plaintiff,

vs.

Rams Head at Savage Mill, LLC
8600 Foundry Street
Savage, Maryland 20763

    Defendant

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### Jurisdiction and Venue

1.     This is an action for declaratory and injunctive relief, under the Americans With Disabilities Act of 1990, 42 U.S.C. §12101 et. seq. (the "ADA"), which prohibits discrimination against persons with disabilities with regard to their full enjoyment of and access to places of public accommodations.

2.     The Court has jurisdiction to entertain this action under 28 U.S.C. §§1331 and 1343, as a case arising under a federal civil rights law.

3.     Venue is proper under 28 U.S.C. § 1391(b) and applicable Local Rules, in that all material events occurred within the Court's assigned geographical area.

### Parties

4.     Plaintiff, William Lee ("Lee"), is an adult resident of Maryland, and an individual with a disability substantially limiting a major life activity, covered by the ADA, in that he has cerebral palsy, and uses a wheelchair for mobility.



LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

1

5. Defendant Rams Head at Savage Mill, LLC.. is a Maryland limited liability company and the owner and/or operator of Rams Head Tavern, located at 8600 Foundry Street, Savage, Maryland ("Restaurant")

### The Restaurant is a Place of Public Accommodation

6. The Restaurant is a place of public accommodation under Title III of the ADA, as defined by 42 U.S.C. §12181(7)(B).

### ADA Prohibition of Discrimination by Public Accommodations

7. Title III of the ADA, specifically 42 U.S.C. §§12182, prohibits discrimination against any individual on the basis of disability, in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any person who owns, leases (or leases to) or operates a place of public accommodation, including a failure to make appropriate modifications in policies, practices or procedures, and/or to remove architectural barriers that are structural in nature, in existing facilities, where such removal is readily achievable.

### Architectural Barriers to Access

8. There are architectural barriers violative of the ADA at the Restaurant, which include but are not limited to the following:

    a) A lack of accessible seating positions in the downstairs bar area;

    b) There is less than 18" provided on the pull side of the entry door to the toilet room corridor on the second floor;

    c) Numerous single user toilet rooms were provided on each floor of the restaurant; however, none of the toilet rooms were accessible to an individual who uses a wheelchair due to a multitude of architectural barriers to access located therein violative of the ADA, including, but not limited to:

        i) Toilet rooms that do not provide 5' turnaround space;

LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

    ii)    Clear opening widths of entry doors are less than 32" when open 90 degrees;
    iii)    Lavatories do not provide knee clearances;
    iv)    Pipes underneath lavatories that are not insulated;
    v)    Faucets with hardware that require tight grasping, pinching and twisting of the wrist to operate;
    vi)    Entry doors where insufficient maneuvering clearances are provided on the pull side of the doors;

9. By failing to remove existing architectural barriers, defendant has discriminated against persons with disabilities, specifically those with mobility impairments, by denying them full and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations offered at the Restaurant, in violation of Title III of the ADA, specifically 42 U.S.C. §12182 (a).

### Failure to Remove Architectural Barriers or Modify Policies: Unlawful Discrimination

10. Defendant has failed to remove the above mentioned architectural barriers at its Restaurant and to make reasonable modifications in its policies, practices and procedures to afford full and equal access and enjoyment of the Restaurant by persons with disabilities covered by Title III of the ADA, in violation §42 U.S.C. 12182(b)(2)(A).

### Standing: Lee's Visit and Intention to Return to the Restaurant

11. Lee has visited the Restaurant, but was injured because his full and equal enjoyment of the Restaurant was denied and curtailed by the presence of the architectural barriers set forth above.

12. Lee has a present intention and desires to visit the Restaurant again.

WHEREFORE, Lee demands judgment against defendant, and requests:

A. That the Court declare that the place of public accommodation at issue in this case, to wit, the Restaurant, owned, leased and/or


LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

3

       operated by defendant is not readily accessible to Lee violative of the ADA;

B.    That the Court enter an order directing defendant to alter and renovate the place of public accommodation at issue in this case, to wit, the Restaurant, to make it readily accessible to and usable by individuals with disabilities to the full extent required by the ADA;

C.    That the Court enter an order directing defendant to evaluate and neutralize their policies, practices and procedures toward persons with disabilities, for such reasonable time so as to allow it to undertake and complete the alterations and renovations at the place of public accommodation at issue in this case, to wit, the Restaurant;

D.    That the Court award reasonable attorneys' fees, litigation costs (including expert fees) and other expenses of suit, to Lee; and

E.    That the Court award such other and further relief as it deems necessary, just and proper.

Respectfully submitted,

      /s/ Joel R. Zuckerman

Joel Zuckerman
Maxwell & Barke LLC
51 Monroe Street, Suite 806
Rockville, MD 20850
Telephone: (301) 309-8300
Facsimile: (301) 309-8303
*Attorneys for the plaintiff*

LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

4