## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

WILLIAM LEE

     Plaintiff,

vs.                                             CASE NO.: 08-134

RAMS HEAD AT SAVAGE MILL, LLC.

     Defendant.

## JOINT STIPULATION OF DISMISSAL (WITH PREJUDICE) PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

The parties, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, signed by all parties who have appeared in the action, dismissing the **case with prejudice** pursuant to the settlement reached between the parties.

     Dated: April 22, 2008

| | |
|---|---|
| WILLIAM LEE<br>PLAINTIFF | RAMS HEAD AT SAVAGE MILL, LLC.<br>DEFENDANT |
| MAXWELL & BARKE LLC. | COUNCIL BARADEL KOSMERL<br>& NOLAN |
| 51 Monroe Pl., Suite 806<br>Rockville, Maryland 20850<br>(301)309-8300 | 1125 West Street, 4th Floor<br>Annapolis, Maryland 21404<br>(301)424-5100 |

By: _____/s/_____    By: _____/s/_____
    Joel R. Zuckerman, Esquire       Matthew S. Evans, Esquire (by
    Federal Bar No.: 12730         Joel R. Zuckerman with permission
                              of Matthew S. Evans, Esq.)
                              Federal Bar No. 25614

Approved, this _____ day of _____, 2008.

_____
Judge, United States District Court
For the District of Maryland