UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 2 9 2008

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

WILLIAM LEE

Plaintiff,

vs.                                    CASE NO.: 08-134

RAMS HEAD AT SAVAGE MILL, LLC.

Defendant.

## JOINT STIPULATION OF DISMISSAL (WITH PREJUDICE) PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

The parties, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, signed by all parties who have appeared in the action, dismissing the **case with prejudice** pursuant to the settlement reached between the parties.

Dated: April 22, 2008

| WILLIAM LEE<br>PLAINTIFF | RAMS HEAD AT SAVAGE MILL, LLC.<br>DEFENDANT |
|---|---|
| MAXWELL & BARKE LLC. | COUNCIL BARADEL KOSMERL<br>& NOLAN |
| 51 Monroe Pl., Suite 806<br>Rockville, Maryland 20850<br>(301)309-8300 | 1125 West Street, 4th Floor<br>Annapolis, Maryland 21404<br>(301)424-5100 |

By: ____/s/_____
    Joel R. Zuckerman, Esquire
    Federal Bar No.: 12730

By: ____/s/_____
    Matthew S. Evans, Esquire (by
    Joel R. Zuckerman with permission
    of Matthew S. Evans, Esq.)
    Federal Bar No. 25614

Approved, this 29th day of April, 2008.

_____
Judge, United States District Court
For the District of Maryland